**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Magnolia Rose Veterinary Clinic, Inc. |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 46-0656405 |

4. **Debtor's address**

   **Principal place of business**

   362 S. Atlanta Street
   Number    Street

   _____

   Roswell          GA    30075
   City             State  ZIP Code

   Fulton County
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City    State    ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201                 Voluntary Petition for Non-Individuals Filing for Bankruptcy                 page 1

Debtor  **Magnolia Rose Veterinary Clinic, Inc.**                                    Case number *(if known)*_____
        Name

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

B. *Check all that apply:*
☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
   **5419**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply*:

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                        MM / DD / YYYY
         District _____  When _____  Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes.  Debtor _____  Relationship _____
         District _____  When _____
                                                MM / DD / YYYY
         Case number, if known _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **2**

| | | |
|---|---|---|
| Debtor | Magnolia Rose Veterinary Clinic, Inc. | Case number (*if known*)_____ |
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number    Street

_____

_____
City                                State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor   Magnolia Rose Veterinary Clinic, Inc.
_____
Name

Case number (*if known*)_____

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/31/2024
          MM / DD / YYYY

✗ /s/ Justin O'Dell                          Justin O'Dell
Signature of authorized representative of debtor    Printed name

Title  Receiver

**18. Signature of attorney**

✗ /s/ William Rountree                       Date  05/31/2024
Signature of attorney for debtor                          MM / DD / YYYY

William Rountree
Printed name

Rountree, Leitman, Klein & Geer, LLC
Firm name

2987 Clairmont Road Suite 350
Number    Street

Atlanta                          GA        30329
City                             State     ZIP Code

404-584-1238                     wrountree@rlkglaw.com
Contact phone                    Email address

616503                           GA
Bar number                       State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

**Fill in this information to identify the case:**

Debtor name __Magnolia Rose Veterinary Clinic, Inc._____

United States Bankruptcy Court for the: __Northern District of Georgia___

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Antech Diagnostics<br>c/o Billing Department<br>17620 Mt. Herrmann Street<br>Fountain Valley, CA, 92708 | Kathy Olmos<br>657-304-2762<br>kathy.olmos@antechmail.com | Suppliers or Vendors | | | | 169,346.69 |
| 2 | Forward Financing, LLC<br>53 State Street<br>20th Floor<br>Boston, MA, 02109 | Brian LeBlanc<br>617-722-4941<br>bleblanc@forwardfinancing.com | Monies Loaned / Advanced | | | | 161,902.21 |
| 3 | Internal Revenue Service<br>401 W. Peachtree St. NW<br>Stop 334-D<br>Atlanta, GA, 30308 | | Taxes & Other Government Units | | | | 147,514.84 |
| 4 | Willem Mookhoek<br>4041 Oak Forest Circle<br>Marietta, GA, 30062 | Willem Mookhoek<br>9796655152<br>mookhoek@sbcglobal.net | | | | | 48,000.00 |
| 5 | Georgia Department of Revenue<br>ARCS - Bankruptcy 1800 Century Blvd NE, Suite 9100<br>Atlanta, GA, 30345 | James King<br>james.king@dor.ga.gov | Taxes & Other Government Units | | | | 41,662.77 |
| 6 | Georgia Department of Labor<br>148 Andew Young Int'l Blvd. NE<br>Atlanta, GA, 30303-0000 | | Taxes & Other Government Units | | | | 6,781.96 |
| 7 | MWI Animal Health<br>3041 W. Pasadena Drive<br>Boise, ID, 83705 | | Suppliers or Vendors | | | | 1,836.00 |
| 8 | Sun Life Assurance Company of Canada<br>150 King Street West<br>Toronto, Ontario<br>Canada M5H1J9 | Brian McTeague<br>781-446-1518<br>brian.mcteague@sunlife.com | Suppliers or Vendors | | | | 1,125.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  Magnolia Rose Veterinary Clinic, Inc.                                    Case number (*if known*)_____
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | AT&T Uverse c/o Credence Resource Mgmt LLC PO Box 2238 Southgate, MI, 48195 | | Services | | | | 1,106.76 |
| 10 | The Guardian Life Insurance Company of America 10 Hudson Yards New York, NY, 10001 | | For Notice Purposes Only | | | | 509.08 |
| 11 | Texas A&M University Financial Management Operations 6000 TAMU College Station, TX, 77843-6000 | | Services | | | | 312.00 |
| 12 | University of California, San Diego 9500 Gilman Drive MC: 0709 La Jolla, CA, 92093 | | | | | | 0.00 |
| 13 | PHH Mortgage Services, LLC 2000 Midlantic Drive Ste 410 Mount Laurel, NJ, 08054 | | | | | | 0.00 |
| 14 | Oscar Health 75 Varick Street 5th Floor New York, NY, 10013 | | | | | | 0.00 |
| 15 | Georgia Council for Corporations 925B Peachtree Street NE #665 Atlanta, GA, 30309 | | Services | | | | 0.00 |
| 16 | American Express Attn: Express Mail Remittance Processing 20500 Belshaw Avenue Carson, CA, 90746 | | | | | | 0.00 |
| 17 | BCA Financial Services, Inc. 18001 Old Cutler Road Ste. 462 Miami, FL, 33157 | | | | | | 0.00 |
| 18 | Weave Communications, Inc. 1331 W. Powell Way Lehi, UT, 84043 | | | | | | 0.00 |
| 19 | Square Financial Services, Inc. c/o A/R Department 3165 E. Millrock Drive Ste. 160 Salt Lake City, UT, 84121 | | | | | | 0.00 |
| 20 | Harvard Drug Group c/o Karun Singh Khosla 500 First Avenue Pittsburgh, PA, 15219 | | | | | | 0.00 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

**Fill in this information to identify the case and this filing:**

Debtor Name ___Magnolia Rose Veterinary Clinic, Inc._____

United States Bankruptcy Court for the: ___Northern District of Georgia_____

Case number (*If known*): _____

---

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors         12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/31/2024           ✘ /s/ Justin O'Dell _____
            MM / DD / YYYY          Signature of individual signing on behalf of debtor

                                    Justin O'Dell_____
                                    Printed name

                                    Receiver_____
                                    Position or relationship to debtor

Official Form 202             **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Advance Service Group LLC
c/o Jason A. Gang, Esq.
1245 Hewlett Plaza #478
Hewlett, NY 11557

Advance Service Group, LLC
c/o Jason A. Gang, Esq.
1245 Hewlett Plaza #478
Hewlett, NY 11557

American Express
Attn:  Express Mail Remittance Processing
20500 Belshaw Avenue
Carson, CA 90746

AmerisourceBergen
1 West First Avenue
Conshohocken, PA 19428

Antech Diagnostics
c/o Billing Department
17620 Mt. Herrmann Street
Fountain Valley, CA 92708

AT&T Uverse
c/o Credence Resource Mgmt LLC
PO Box 2238
Southgate, MI 48195

BCA Financial Services, Inc.
18001 Old Cutler Road
Ste. 462
Miami, FL 33157

Corporation Service Company, as Representative
PO Box 2576
Springfield, IL 62708

Forward Financing, LLC
53 State Street
20th Floor
Boston, MA 02109

Fundbox
5760 Legacy Drive Ste B3-535
Plano, TX 75024

GB Collects, LLC
1253 Haddonfield Berlin Road
Voorhees, NJ 08043

Georgia Council for Corporations
925B Peachtree Street NE #665
Atlanta, GA 30309

Georgia Department of Labor
148 Andew Young Int'l Blvd. NE
Atlanta, GA 30303-0000

Georgia Department of Labor
148 Andrew Young Inter. Blvd
Room 738
Atlanta, GA 30303-0000

Georgia Department of Revenue
ARCS - Bankruptcy 1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345

Georgia Department of Revenue
Compliance Division, ARCS - Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345

Harvard Drug Group
c/o Karun Singh Khosla
500 First Avenue
Pittsburgh, PA 15219

Internal Revenue Service
401 W. Peachtree St. NW
Stop 334-D
Atlanta, GA 30308

Internal Revenue Service
CIO
P.O. Box 7346
Philadelphia, PA 19101-7346

John Aitelli, Esq.
Packer, O'Leary & Corson
505 North Brand Blvd Ste 1025
Glendale, CA 91203

Kansas State Veterinary Diagnostic Laboratory
1800 Denison Ave
Manhattan, KS 66506

Michael Rosenthal
2950 Connie Street
Marietta, GA 30062-4303

MWI Animal Health
3041 W. Pasadena Drive
Boise, ID 83705

National Funding, Inc.
4380 La Jolla Village Drive
San Diego, CA 92122

Oscar Health
75 Varick Street
5th Floor
New York, NY 10013

PHH Mortgage Services, LLC
2000 Midlantic Drive
Ste 410
Mount Laurel, NJ 08054

Ray Lora
Advanced Recovery Group
30 Two Bridges Road Ste 100
Fresh Meadows, NY 11365

Rose Animal Hospital, LLC
c/o Jason O'Dell|O'Dell O'Neal Hungerford & Blanchard
506 Roswell Street, Ste. 210
Marietta, GA 30060

Secured Lender Solutions
PO Box 2576
Springfield, IL 62708

Square Financial Services, Inc.
c/o A/R Department
3165 E. Millrock Drive Ste. 160
Salt Lake City, UT 84121

Sun Life Assurance Company of Canada
150 King Street West
Toronto, Ontario
Canada M5H1J9,

Texas A&M University
Financial Management Operations
6000 TAMU
College Station, TX 77843-6000

The Guardian Life Insurance Company of America
10 Hudson Yards
New York, NY 10001

University of California, San Diego
9500 Gilman Drive MC: 0709
La Jolla, CA 92093

US Small Business Administration
2 North Street Suite 320
Birmingham, AL 35203

Weave Communications, Inc.
1331 W. Powell Way
Lehi, UT 84043

Willem Mookhoek
4041 Oak Forest Circle
Marietta, GA 30062

United States Bankruptcy Court
Northern District of Georgia

In re: Magnolia Rose Veterinary Clinic, Inc.

Case No.

Chapter  11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 05/31/2024

/s/ Justin O'Dell
Signature of Individual signing on behalf of debtor

Receiver
Position or relationship to debtor