**IT IS ORDERED as set forth below:**

**Date: August 13, 2024**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **MAGNOLIA ROSE VETERINARY CLINIC, INC.** | **Case No. 24-55900-JWC** |
| **Debtor.** | |

### ORDER AND NOTICE OF ASSIGNMENT
### OF HEARING ON CONFIRMATION OF PLAN

Debtor filed its *Chapter 11 Plan of Liquidation* [Doc. 35] (the "**Plan**") on August 7, 2024.

On August 7, 2024, the Debtor filed a motion requesting entry of an order:

(1) scheduling a confirmation hearing on the Plan, as may be amended,

(2) approving the form and content of Debtor's ballot,

(3) establishing a deadline for filing objections to the Plan, and

(4) establishing a deadline for casting ballots to accept or reject the Plan. [Doc. 36] (the

"**Motion**").

Therefore, it is hereby:

**ORDERED and NOTICE IS HEREBY GIVEN that:**

A. **September 16, 2024** is fixed as the last day for filing, on the ballot form attached

to this order as <u>**Exhibit A**</u>, written acceptances or rejections of Debtor's Plan. All

ballots must be *filed* with:

> Clerk, United States Bankruptcy Court
> United States Courthouse
> Room 1340
> 75 Ted Turner Drive, SW
> Atlanta, GA 30303

And a copy *mailed* to Debtor's attorney:

> Caitlyn Powers
> Rountree Leitman Klein & Geer, LLC
> Century Plaza I
> 2987 Clairmont Rd., Ste 350
> Atlanta, GA 30329

B. **September 16, 2024** is fixed as the last day for filing and serving written objections

to confirmation of the Plan. Any such written objection to confirmation of the Plan

must be filed with the Clerk, United States Bankruptcy Court, United States

Courthouse, Room 1340, 75 Ted Turner Drive, SW, Atlanta, GA 30303 and a copy

mailed to Debtor's attorney, Rountree Leitman Klein & Geer, LLC Century Plaza I,

2987 Clairmont Road, Suite 350, Atlanta, Georgia, 30329, attn: Caitlyn Powers.

C. The Court shall hold a hearing on Confirmation of the Plan, as may be amended, **at**

**11:00 a.m. on Thursday**, **September 26, 2024 in Courtroom 1203, United States**

**Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303,** which may be

attended in person or via the Court's Virtual Hearing Room. You may join the Virtual

Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information"

link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or

the link on the judge's webpage, which can also be found on the Court's website.

Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

E.  **The Debtor's attorney** is directed to serve a copy of this Order and Notice, the Plan, and the Ballot, upon the U.S. Trustee and all creditors and parties in interest on or before **August 14, 2024**, and to file a certificate of such service within three days of mailing.

F.  At least three (3) days prior to the scheduled hearing on confirmation of the Plan, as may be amended, the Debtor's attorney shall file a Summary of Voting on the Plan in form substantially similar to **<u>Exhibit B</u>** attached hereto indicating all ballots cast have been tabulated by Debtor and the resulting vote for each class designated in the Plan.

**END OF ORDER**

Prepared and Presented By:

**ROUNTREE LEITMAN KLEIN& GEER, LLC**

<u>*/s/ Caitlyn Powers*</u>
William A. Rountree, Ga. Bar No. 616503
Caitlyn Powers, Ga. Bar No. 856354
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlkglaw.com
cpowers@rlkglaw.com
*Attorneys for the Debtor*

**Distribution List**

William A. Rountree
ROUNTREE LEITMAN KLEIN & GEER, LLC
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329

Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

<u>**EXHIBIT "A"**</u>

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **MAGNOLIA ROSE VETERINARY CLINIC, INC.** | **Case No. 24-55900-JWC** |
| **Debtor.** | |

<u>**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN**</u>

On August 7, 2024, the Debtor filed its Subchapter V Chapter 11 Plan of Liquidation (the "**Plan**") [Doc. 35]. On August 7, 2024, the Debtor filed a Motion Requesting Entry of Order Establishing Certain Deadlines Pursuant to Interim Rule 3017.2 (the "**Motion**"). The Court has approved the deadlines set forth herein. If you do not have a copy of the Plan, you may obtain a copy from Rountree Leitman Klein & Geer, LLC Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, Georgia, 30329, 404-584-1238 (telephone), cpowers@rlkglaw.com (email). The Plan is available for review in the **Office of the Clerk, at the United States Courthouse, Room 1340, 75 Ted Turner Drive, SW, Atlanta, GA 30303**, during normal business hours or online at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users).

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. If you hold claims or equity interests in more than one class, you may receive a ballot for each class in which you are entitled to vote and you may use a copy of the ballot or request an additional ballot if you do not receive one.**

**If your ballot is not received by the Office of the Clerk, United States Bankruptcy Court, at the United States Courthouse, Room 1340, 75 Ted Turner Drive, SW, Atlanta, GA 30303 *on or before <u>September 16, 2024</u>* and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

The Plan referred to in this ballot can be confirmed and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each Class. If the required acceptances are not obtained, the Plan may nevertheless be confirmed if the Court finds that the Plan accords fair and equitable treatment to the Class or Classes rejecting it or the Plan otherwise satisfies the requirements of Section 1191(b) of the Code.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re:                                                    Chapter 11

**MAGNOLIA ROSE VETERINARY**                              **Case No. 24-55900-JWC**
**CLINIC, INC.**

                    **Debtor.**

**TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS
BALLOT ON OR BEFORE** <u>September 16, 2024</u> **TO:**

**United States Bankruptcy Court**
**United States Courthouse**
**Room 1340**
**75 Ted Turner Drive, SW**
**Atlanta, GA 30303**

You must also deliver a copy of the completed, signed ballot to Debtor's Attorney at: Rountree Leitman Klein & Geer, LLC Century Plaza I, 2987 Clairmont Road, Suite 350, Atlanta, Georgia, 30329, Attn: Caitlyn Powers.

**The undersigned is a holder of** [check one:]

___ a secured claim
___ an unsecured claim
___ other [specify:_____]

**In the amount of $_____, in Class_____and hereby:**

_____Accepts      _____Rejects

**Debtor's Plan of Liquidation**

Date: _____           Creditor: _____

Email Address of signing representative:    Signed: _____
_____             [If appropriate] as: _____
Print Name: _____             Address: _____
                                            _____
                                            Phone Number: _____

## EXHIBIT B

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

In re:

**MAGNOLIA ROSE VETERINARY
CLINIC, INC.**

Debtor.

Chapter 11

**Case No. 24-55900-JWC**

**SUMMARY OF THE VOTING ON THE
PLAN OF LIQUIDATION FILED ON AUGUST 7, 2024**

Tabulated as of _____ 2024 for Confirmation Hearing to be held on September 26, 2024.

| Class Number and Description | Number of Votes | Dollar Amount of Votes | Class Vote Impairment |
|---|---|---|---|
| | _____Accepts<br>_____ Rejects<br>_____ Percent | $_____Accepts<br>$_____Rejects<br>_____ Percent | ___Yes<br>___No |
| | _____Accepts<br>_____ Rejects<br>_____ Percent | $_____Accepts<br>$_____Rejects<br>_____ Percent | ___Yes<br>___No |
| | _____Accepts<br>_____ Rejects<br>_____ Percent | $_____Accepts<br>$_____Rejects<br>_____ Percent | ___Yes<br>___No |
| | _____Accepts<br>_____Rejects<br>_____Percent | $_____Accepts<br>$_____Rejects<br>_____Percent | ___Yes<br>___No |
| | _____Accepts<br>_____Rejects<br>_____Percent | $_____Accepts<br>$_____Rejects<br>_____Percent | ___Yes<br>___No |
| | _____Accepts<br>_____Rejects<br>_____Percent | $_____Accepts<br>$_____Rejects<br>_____Percent | ___Yes<br>___No |

RESPECTFULLY SUBMITTED**,** this_____day of_____, 2024.

**ROUNTREE LEITMAN KLEIN& GEER, LLC**

*/s/ Caitlyn Powers*
William A. Rountree, Ga. Bar No. 616503
Caitlyn Powers, Ga. Bar No. 856354
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
wrountree@rlkglaw.com
cpowers@rlkglaw.com
*Attorneys for the Debtor*